453 F.2d 1366
 STATE OF FLORIDA, for the Use and Benefit of WESTINGHOUSE
ELECTRIC SUPPLY COMPANY, a division of
Westinghouse Electric Corporation,
Plaintiff-Appellant,
v.
WESLEY CONSTRUCTION COMPANY et al., Defendants-Appellees.
 No. 30693.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 1, 1972.
 
 Richard E. Reckson, Eugene C. Heiman, of Heiman & Crary, Miami, Fla., for plaintiff-appellant.
 Martin E. Segal, Donald W. Stobs, Jr., Wesley G. Carey, Edward A. Perse, Patton, Kanner, Nadeau, Segal & Stobs, Miami, Fla., for defendants-appellees Wesley and Aetna.
 Before TUTTLE, WISDOM and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 We are in agreement with the well considered memorandum opinion of the district court, State of Florida v. Wesley Construction Company, 316 F.Supp. 490 (S.D.Fla., 1970), and its judgment is affirmed.